**No. 39326.**—Protest 532348–G of Wm. Filene's Sons Co. (Boston).

Opinion by TILSON, J. The record showed that certain items consist of outerwear in chief value of wool similar to that involved in *United States v. International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39327.**—Protest 480721–G of Vincent Bovia (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39328.**—Protest 456122–G of Penson & Co. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39329.**—Protest 447032–G of Consolidated Trimming Co. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

BEFORE THE SECOND DIVISION, SEPTEMBER 9, 1938

**No. 39330.**—Protests 755570–G, etc., of Jordan Marsh Co. (Boston).

Opinion by TILSON, J. The record showed that certain items are similar to the merchandise involved in *United States v. International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.